IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANDRE ALLEN**  **PLAINTIFF**
**ADC #148743**

v.   No. 4:25-cv-00042-LPR-JJV

**KEITH W. SMITH, et al.**  **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition (PRD) from United States Magistrate Judge Joe J. Volpe (Doc. 6). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the PRD, along with careful consideration of the entire case record, the Court hereby approves and adopts the PRD as its findings and conclusions in all respects.[1]

Accordingly, Defendant Heather Edward is DISMISSED as a party to this action. The Clerk of the Court is directed to terminate Heather Edward as a party Defendant. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 10th day of June 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] The Court's agreement with the PRD is for purposes of screening only. The Court will address the pending Motion to Dismiss by way of separate Order.