IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANDRE ALLEN**     **PLAINTIFF**
**ADC #148743**

v.     No. 4:25-cv-00042-LPR-JJV

**KEITH W. SMITH, et al.**     **DEFENDANTS**

## ORDER

The Court has received the Partial Recommended Disposition (PRD) submitted by United States Magistrate Judge Joe J. Volpe (Doc. 14). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the PRD, along with careful consideration of the entire case record, the Court approves and adopts the PRD as this Court's findings and conclusions except as follows.

The Court does not agree with every jot and tittle of the PRD's legal analysis regarding the medical records offered by Defendants. For one non-exhaustive example, the Court does not agree that the *Kushner* line of cases is limited to the securities fraud context or cases with a similar need for rigorous judicial gatekeeping.[1] But the PRD is correct that the Amended Complaint did not reference the medical records in a way that would make them fair game for Defendants to use on a motion to dismiss.

Additionally, the Court wishes to make an observation concerning the conversion of a motion to dismiss to a summary judgment motion. The ability to convert a motion to dismiss into a summary judgment motion cannot logically be dependent upon (1) the presence or absence of a Statement of Undisputed Facts, or (2) whether discovery has opened. Otherwise, the potential for

---

[1] *See* PRD (Doc. 14) at 3–4.

conversion would just be an empty shell.  Nonetheless, the Court does agree with the PRD that it would be more appropriate in this case to let discovery play out in light of Plaintiff's lack of access to relevant documents.  Finally, the Court agrees with the PRD's note that the medical records pretty clearly refute Plaintiff's allegations—at least on their face.

    Accordingly, Defendants' Motion to Dismiss (Doc. 12) is DENIED.

    IT IS SO ORDERED this 10th day of June 2025.

                                                                                 _____
                                                                                 LEE P. RUDOFSKY
                                                                                 UNITED STATES DISTRICT JUDGE